*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
GASTON, LAWRENCE, and STEWART
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Ty C. GILKISON**
Sergeant (E-5), U.S. Marine Corps
*Appellant*

**No. 202000067**

Decided: 10 February 2021

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judges:
John P. Norman (arraignment)
Jeffrey V. Munoz (trial)

Sentence adjudged 10 December 2019 by a general court-martial convened at Marine Corps Base Camp Pendleton, California, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1 and confinement for 270 days.[1]

For Appellant:
*Lieutenant Daniel O. Moore, JAGC, USN*

---

[1] On 8 June 2020, Appellant filed a timely appeal of the findings and sentence pursuant to Article 66(b)(1)(A), Uniform Code of Military Justice [UCMJ], 10 U.S.C. § 866(b)(1)(A).

Opinion of the Court

For Appellee:
*Brian K. Keller, Esq.*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court

---

[2] UCMJ arts. 59, 66.